**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ASPEN AMERICAN INSURANCE COMPANY,

Plaintiff,

v. Case No: 6:20-cv-875-Orl-40DCI

TASAL, LLC and SHAHAB KARMELY,

Defendants.
_________________________________/

## ORDER

This cause comes before the Court on Plaintiff's Notice of Voluntary Dismissal. (Doc. 9). Plaintiff advises that it dismisses the claims pursued against Defendant Shahab Karmely pursuant to Federal Rule of Civil Procedure 41(a)(1). Plaintiff's notice of voluntary dismissal is self-executing and was immediately effective upon filing. *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Plaintiff's claims against Defendant Shahab Karmely are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate Defendant Shahab Karmely from the file.

**DONE AND ORDERED** in Orlando, Florida on June 8, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties